UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD VASQUEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
---------------------------------------------------------------X

26-CV-01129 (KPF) (VF)

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court scheduled a telephonic conference in this case for August 18, 2026. See ECF No. 13. Plaintiff did not appear at the conference; however, it is unclear if Plaintiff received notification of the conference. Therefore, the telephonic conference is hereby rescheduled for **Tuesday, October 6, 2026 at 10:00 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [915 641 371#].**

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge