UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD VASQUEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
----------------------------------------------------------------X

26-CV-01129 (KPF) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Commissioner shall send Plaintiff a copy of the Commissioner's Motion to Dismiss (ECF No. 12) via both e-mail and hard copy mail. The Commissioner shall file a letter on the docket confirming once the Motion to Dismiss has been sent to Plaintiff using both methods.

Plaintiff shall have until **December 15, 2026** to respond to the Commissioner's Motion to Dismiss (ECF No. 12). If Plaintiff does not respond by that date to the Commissioner's Motion to Dismiss, the Court will consider the motion on the Commissioner's papers and the remaining record.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
October 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge