UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD VASQUEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
---------------------------------------------------------------X

26-CV-01129 (KPF) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court previously ordered the Commissioner to send Plaintiff a copy of the Commissioner's Motion to Dismiss (ECF No. 12) via both e-mail and hard copy mail and to file a letter on the docket confirming once the Motion to Dismiss has been sent to Plaintiff using both methods. See ECF No. 17. The Commissioner has not yet filed that letter on the docket. The Commissioner is ordered to file the confirmation letter on the docket by **November 19, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 12, 2026

VALERIE FIGUEREDO
United States Magistrate Judge